UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PIMENTEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NEXIUS SOLUTIONS, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 16-cv-03238-VC<br><br>**ORDER OF DISMISSAL** |

　　The Court has been advised that the parties have resolved this case.  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

　　The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

　　**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
VINCE CHHABRIA
United States District Judge